**Order filed October 4, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00066-CV
_____

**THOMAS RAMAGE AND ELIZABETH BURKHARDT, Appellants**

**V.**

**SUGAR BRANCH CONDOMINIUM ASSOCIATION, RAMON L. SOLANO, GLENDA MARTINEZ, ELIA SALINA, ANNIE BUTLER, C.J. HERMS, Appellees**

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-31884**

## ORDER

The notice of appeal in this case was filed January 24, 2016. The clerk responsible for preparing the record notified this court that appellants have not made payment for the record. No evidence that appellants have established indigence has been filed. *See* Tex. R. App. P. 20.1. On May 4, 2016, this court notified appellants that the appeal was subject to dismissal unless appellants filed a response with proof

of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellants are ordered to demonstrate to this court that they have made arrangements to pay for the clerk's record on or before October 19, 2016. *See* Tex. R. App. P. 35.3(c). If appellants fail to do so, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM